UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

PARK WEST RADIOLOGY, P.C., and         :
PARK WEST CIRCLE REALTY, LLC        :
                                   :
                 Plaintiffs,      :
      -against-              :
                                   :    Case No. 06-CV-13516 (VM) (THK)
CARECORE NATIONAL, LLC,        :
CARECORE MANAGEMENT SERVICES   :    Hon. Victor Marrero
INC., NEW YORK MEDICAL IMAGING IPA, :
INC., NYMI IPA-O, LLC, NYMI IPA-M, LLC, :    Hon. Magistrate Judge Theodore Katz
CCN-HI IPA, LLC, CCN IPA, INC., CCN WNY :
IPA, Inc.                           :    **NOTICE OF**
MICHAEL M. ABIRI, M.D.,         :    **MOTION *IN LIMINE***
WEST SIDE RADIOLOGY ASSOCIATES, P.C. :
ANDREW W. LITT, M.D.,        :
                                   :
              Defendants.    :

------------------------------------------------------------------x

       PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the prior proceedings herein, Plaintiffs, by their attorneys, will move this Court *in limine* before the Honorable Victor Marrero, United States District Judge for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at the final pretrial conference in this action on November 19, 2009 at 4:30 p.m. for an Order excluding references to malpractice allegations, lawsuits and other disputes involving doctors associated with Park West Radiology, P.C. because such references are irrelevant, unfairly prejudicial, and/or hearsay to which there is no exception.

Dated: November 3, 2009                Respectfully submitted,
       New York, New York

                                     **CONSTANTINE CANNON LLP**

                                   By: _____

                                      Matthew L. Cantor (MC-8183)
                                      Axel Bernabe (AB-6547)
                                      Sacha A. Boegem (SB-2207)
                                      Marlene Koury (MK-0391)
                            450 Lexington Avenue, 17th Floor
                            New York, New York 10017
                            Telephone: (212) 350-2700
                            Facsimile: (212) 350-2701
                            *Attorneys for Plaintiffs*