UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PARK WEST RADIOLOGY, P.C., and
PARK WEST CIRCLE REALTY, LLC

                          Plaintiffs,

-against-

CARECORE NATIONAL, LLC,
CARECORE MANAGEMENT SERVICES
INC., NEW YORK MEDICAL IMAGING IPA,
INC., NYMI IPA-O, LLC, NYMI IPA-M, LLC,
CCN-HI IPA, LLC, CCN IPA, INC., CCN WNY
IPA, Inc.
MICHAEL M. ABIRI, M.D.,
WEST SIDE RADIOLOGY ASSOCIATES, P.C.
ANDREW W. LITT, M.D.,

                          Defendants.

------------------------------------------------------------x

Case No. 06-CV-13516 (VM)(THK)

Hon. Victor Marrero

Hon. Magistrate Judge Theodore Katz

**CERTIFICATE OF SERVICE**

I, JEREMY MURPHY, am over the age of eighteen years and am not a party to the above-referenced action. I am an employee of Constantine Cannon LLP, 450 Lexington Avenue, New York, New York 10017.

On November 10, 2009, I caused the following to be served via electronic mail:

- Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion *In Limine* to Exclude Evidence Concerning Other Litigations against CareCore (The "Other Litigations")

- Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion *In Limine* to Exclude the Amended Verified Complaint in the NYSAMIP Litigation

- Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion *In Limine* to Exclude Plaintiffs' Trial Exhibit 259 (The "Arbitration Decision")

- Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion *In Limine* to Exclude Evidence Alleging that Defendants have Spoliated Evidence

- Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion *In Limine* to Exclude the Reports and Testimony of Plaintiffs' Economic Expert Robert Maness Pursuant to Rules 26 and 702 and *Daubert* and Declaration of Sacha A. Boegem In Support Thereof with attached Exhibits

118826.1

- Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Exclude Testimony of Plaintiffs' Expert Robert Powell and Declaration of Sacha A. Boegem In Support Thereof with attached Exhibits

- Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion *In Limine* to Exclude Plaintiffs' Trial Exhibit 204 and Declaration of Sacha A. Boegem In Support Thereof with attached Exhibits

- Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion *In Limine* to Exclude Evidence from Dutchess County

- Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion *In Limine* to Exclude Plaintiffs' Trial Witnesses and Declaration of Sacha A. Boegem In Support Thereof with attached Exhibits

- Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion *In Limine* to Exclude the Live Testimony of Bankruptcy Attorney Robert R. Leinwand and Plaintiffs' Trial Exhibit 39 and Declaration of Sacha A. Boegem in Support Thereof with attached Exhibits

- Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion *In Limine* to Exclude Plaintiffs' Trial Exhibit 60 (The East River Medical Imaging, PC "Business Plan") and Declaration of Sacha A. Boegem in Support Thereof with attached Exhibit

- Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion *In Limine* to Exclude Plaintiffs' Trial Exhibit 183 (The "ERMI Emails") and Declaration of Sacha A. Boegem in Support Thereof with attached Exhibits

Upon

Roy W. Breitenbach, Esq.
Laurie Borgerding Johnson, Esq.
Micheal J. Keane, Esq.
Jordon M. Freundlich, Esq.
Alison M. Wilson, Esq.
Theresa A. Ehle, Esq.
**GARFUNKEL, WILD & TRAVIS, P.C.**
111 Great Neck Road
Great Neck, NY 11021
Telephone: (516) 393-2200

118826.1

and

Thomas Campbell, Esq.
Roxanne C. Busey, Esq.
Catherine J. O'Suilleabhain, Esq.
**BAKER & McKENZIE LLP**
One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-8000

*Counsel for Defendants*


I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

_____
Jeremy Murphy

118826.1